USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/10/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In Re Actos Direct Purchaser Antitrust Litigation

1:15-cv-03278 (RA) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

In view of the Opinion and Order entered by Judge Abrams on October 8, 2019 regarding Defendants' motions to dismiss (ECF No. 131), the parties shall meet and confer to prepare a joint letter to me regarding their proposals for moving this case forward to resolution. The letter shall address the discovery needed by each side, as well as a proposed schedule for such discovery, and any other matters the parties wish to raise. The letter shall be filed no later than October 18, 2019.

**SO ORDERED.**

DATED:   New York, New York
         October 10, 2019

_____
STEWART D. AARON
United States Magistrate Judge