USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/24/2019

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In Re Actos End Payor Antitrust Litigation** | 1:13-cv-09244 (RA) (SDA) |
| **In Re Actos Direct Purchaser Antitrust Litigation** | 1:15-cv-03278 (RA) (SDA)<br><br>**ORDER** |

**STEWART D. AARON, United States Magistrate Judge:**

WHEREAS, the Court has received and reviewed the parties' joint letter, dated October 18, 2019 (13-cv-09244, ECF No. 277; 15-cv-03278, ECF No. 135), as well as the parties' separate letters, dated October 23, 2019 (13-cv-09244, ECF Nos. 280 & 281; 15-cv-03278, ECF Nos. 139 & 140), regarding a proposed case schedule; and

WHEREAS, the Court finds that, before a case schedule is set, it would be beneficial for the Court to review the parties' initial disclosures.

NOW, THEREFORE, it is hereby ORDERED, as follows:

1. The parties shall serve and file their initial disclosures no later than Friday, December 6, 2019.

2. The parties shall appear for a scheduling conference before Magistrate Judge Aaron on Tuesday, December 10, 2019, at 2:00 p.m. During the conference the Court shall further address the issues raised in the parties' letters.

3. In the interim, the parties can and should begin serving discovery requests.

**SO ORDERED.**

DATED: New York, New York
October 24, 2019

_____
STEWART D. AARON
United States Magistrate Judge