```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/2/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:  ACTOS DIRECT PURCHASER
ANTITRUST LITIGATION

Master File No: 1:15-CV-03278 (RA)

THIS DOCUMENT RELATES TO:
All Actions

## ORDER FOR ADMISSION *PRO HAC VICE*

The motion of John P. Bjork for admission to practice *pro hac vice* in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the State of Illinois and that his contact information is as follows:

> John P. Bjork
> Sperling & Slater, P.C.
> 55 W. Monroe Street, Suite 3200
> Chicago, IL 60603
> (312) 641-3200
> jbjork@sperling-law.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Meijer, Inc. and Meijer Distribution, Inc. in the above-captioned action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: March 2, 2022

_____
The Honorable Stewart D. Aaron
United States Magistrate Judge